# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALEX KOZIOL, individually and on behalf of all similarly situated individuals, | )<br>)<br>) |
| *Plaintiff*, | )<br>) Case No. 1:24-cv-01310 |
| v. | )<br>) Hon. Jeffrey I. Cummings<br>) |
| BEFESA ZINC US INC. f/k/a AMERICAN ZINC RECYCLING CORP., a Delaware corporation, | )<br>)<br>)<br>) |
| *Defendant*. | )<br>)<br>) |

## JOINT STATUS REPORT ON SETTLEMENT

Plaintiff, Alex Koziol, and Defendant, Befesa Zinc US Inc. f/k/a American Zinc Recycling Corp., (collectively, the "Parties"), by and through their undersigned counsel, hereby submit this Joint Status Report pursuant to the Court's June 24, 2024 Minute Order. (Dkt. 27).

1.  On June 18, 2024, the Parties filed a Joint Motion to Stay informing the Court that the Parties had agreed to explore a potential resolution of this matter through mediation. (Dkt. 26).

2.  On June 24, 2024, the Court granted the Parties' request to stay this case pending the scheduled mediation. (Dkt. 27).

3.  On August 13, 2024, the Parties participated in a full-day mediation with the Honorable James R. Epstein (ret.) of JAMS. The Parties' mediation was productive, and they have reached an agreement in principle as to a class settlement that resolves this matter in its entirety.

4.  Accordingly, the Parties respectfully and jointly request that the Court enter an order: (1) setting a deadline for Plaintiff to file his motion for preliminary approval of the class

action settlement within 60 days; and (2) granting such further and additional relief this Court deems reasonable and just.

Dated: August 20, 2024

Respectfully submitted,

| | |
|---|---|
| ALEX KOZIOL, individually and on behalf of all similarly situated individuals | BEFESA ZINC US INC. |
| By: /s/ Andrew T. Heldut | By: /s/ Paul J. Yovanic Jr.(with permission) |
| Paul T. Geske<br>Andrew T. Heldut<br>Colin P. Buscarini<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Drive, 9th Fl.<br>Chicago, IL 60601<br>Tel: (312) 893-7002<br>pegeske@mcgpc.com<br>aheldut@mcgpc.com<br>cbuscarini@mcgpc.com | Richard B. Lapp<br>Paul J. Yovanic Jr.<br>SEYFARTH SHAW LLP<br>233 S. Wacker Drive, Suite 8000<br>Chicago, Illinois 60606<br>Tel: (312) 460-5000<br>rlapp@seyfarth.com<br>pyovanic@seyfarth.com |
| *Counsel for Plaintiff and the putative class members* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 20, 2024, I caused the foregoing *Joint Status Report on Settlement* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/  Andrew T. Heldut