# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Alex Koziol
                    Plaintiff,

v.                                     Case No.: 1:24–cv–01310
                                                          Honorable Jeffrey I Cummings

Befesa Zinc US Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 16, 2025:

       MINUTE entry before the Honorable Jeffrey I Cummings: Final approval hearing held on 4/16/25. For the reasons stated on the record, plaintiff's unopposed motion for final approval of class action settlement [44] and plaintiff's motion for approval of attorney's fees, expenses and service award [41] are granted. Enter Final Approval Order and Judgment. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.